**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION**, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:18-cv-2227-CKK |
| v. | ) | |
| | ) | |
| **SOL MEXICAN GRILL, LLC** | ) | |
| **SOL MEXICAN GRILL TWO, LLC** | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND DISCOVERY PLAN**

Pursuant to the Court's March 27, 2020, Minute Order, the parties, by and through their undersigned counsel, hereby submit the following Status Report and Discovery Plan.

I.      Background:

On February 7, 2020, the Court held a status conference to address what effect the suspension of Defendants' former counsel would have on the ongoing discovery in this matter, specifically the depositions of Mr. Julio Postigo, Mr. Maycol Salinas, and Mr. Fernando Postigo, as well as subpoenas duces tecum issued to these witnesses. On February 7, 2020, prior to the status conference, Mr. Donald Temple entered his appearance on behalf of Defendants, and at the status conference the Court granted former counsel's motion to withdraw his appearance.

At the February 7, 2020 status conference, Mr. Temple requested forty-five days to review the litigation file, to which EEOC consented and agreed to postpone the above-referenced depositions and its request for documents from the Postigos. The Court granted Defendants' request, and extended the discovery deadline through March 27, 2020 and ordered the parties to submit a joint discovery plan on that date detailing what discovery remains outstanding and when discovery will be completed.

1

On March 27, 2020, the parties submitted a joint status report and discovery plan indicating that the remaining discovery consists of depositions of Mr. Julio Postigo, Mr. Fernando Postigo, and Mr. Maycol Salinas, as well as documentary discovery from these individuals. The parties further indicated that due to the travel and proximity restrictions from Covid-19, and the resultant disruptions to both Defendants' business operations and Defendants' counsel's business operations, Defendant's counsel had not yet been able to determine if there are documents responsive to the subpoenas duces tecum, and was, at that time, uncertain when he would be able to produce any responsive documents. Further, no depositions could be scheduled due to safety concerns. Accordingly, the parties requested an extension of the discovery deadline to April 30, 2020, which this Court granted.

II.      Remaining Discovery

As of the date of this joint discovery report, outstanding discovery remains the depositions of Mr. Julio Postigo, Mr. Maycol Salinas, and Mr. Fernando Postigo, as well as documentary discovery concerning these individuals.

III.     Discovery Plan

As of the date of this joint discovery plan, the parties are unable to propose a deadline by which they can complete the above-referenced discovery. As referenced in the parties March 27, 2020 joint status report and discovery plan, the Covid-19 pandemic has resulted in a state of emergency declared by the Mayor of the District of Columbia on March 11, 2020 and a national emergency declared by the President of the United States on March 13, 2020 (see Court Operations Standing Order 20-9 (COVID-19)), and has resulted in significant restrictions on both travel and proximity to other persons (social distancing) which has disrupted Defendants' counsel's business operations and has resulted in EEOC personnel being required to work from home to prevent the

spread of this disease. On April 15, 2020, the Mayor of the District of Columbia extended the stay at home order through May 15, 2020, and it is uncertain if it will be extended yet again.

Due to these travel and proximity restrictions and the resultant disruptions of business operations, Defendants' counsel has not yet been able to determine if there are documents responsive to the subpoenas duces tecum, and is currently uncertain when he will be able to produce any responsive documents. Further, the parties are unable to schedule depositions at this time or otherwise propose a date upon which depositions for the above witnesses can be conducted.

Accordingly, the parties request that the Court extend the current discovery deadline to June 15, 2020, at which time the parties will submit a joint discovery plan that either seeks additional time if travel and proximity restrictions have not been eased, or that will provide when counsel will complete the outstanding discovery, to the extent that it is not already completed by that date should travel and proximity restrictions be lifted before then.

Respectfully submitted this 30th day of April, 2020.

On Behalf of Plaintiff:

*/s/ Joshua E. Zugerman*
Joshua E. Zugerman
U.S. EEOC, Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, PA 19107
Phone: (267) 589-9763
Fax: (215) 440-2848
joshua.zugerman@eeoc.gov

On Behalf of Defendants:

*/s/ Donald M. Temple*
Donald M. Temple
Temple Law Offices
1310 L Street, N.W. Suite 750
Washington, D.C. 20005
Phone: (202) 628-1101
Fax: (202) 628-1149
dtemple@gmail.com

**IT IS SO ORDERED**,                         **BY THE COURT:**

Dated: _____                    _____
                                        **COLLEEN KOLLAR-KOTELLY, J.**